IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ENERGY INTELLIGENCE GROUP, INC. and ENERGY INTELLIGENCE GROUP (UK) LIMITED, | § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. H-14-1903 |
| KAYNE ANDERSON CAPITAL ADVISORS, LP and KA FUND ADVISORS, LLC, | § § § § | |
| Defendants. | § | |

## FINAL JUDGMENT

In accordance with the unanimous jury verdict and the rulings of the court set forth in the Memorandum Opinion and Order regarding plaintiffs' entitlement to attorney's fees and costs, the court **ORDERS and ADJUDGES** that plaintiffs Energy Intelligence Group, Inc. and Energy Intelligence Group (UK) Limited recover from defendants Kayne Anderson Capital Advisors, LP and KA Fund Advisors, LLC:

(1) statutory damages in the amount of $585,000.000,

(2) attorneys' fees in the amount of $4,241,306.88,

(3) costs in the amount of $75,000.00, and

(4) post-judgment interest on such amounts at the rate of 2.25% per annum.

All other relief sought by any party is **DENIED**.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this the 2nd day of May, 2018.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE